# United States Bankruptcy Court
## District of Nevada

### Case No. <u>10–53194–gwz</u>
### Chapter 7

In re: (Name of Debtor)
   STEWART E. HANDTE
   1340 TAPADERO TRAIL
   RENO, NV 89521

Social Security No.:
   xxx–xx–1377

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

   ☑       STEWART E. HANDTE

IT IS ORDERED THAT ALLEN M DUTRA is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/24/15                        BY THE COURT

                                      *Mary A Schott*

                                      Mary A. Schott
                                      Clerk of the Bankruptcy Court